JUDICIAL PANEL ON MULTIDISTRICT LITIGATION -- RTC DOCKET LISTING                                    September 01, 1994

| RTC# | CAPTION | | | Page: 1 |
|---|---|---|---|---|

24  IN RE OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION (OSHA) STANDARD GOVERNING OCCUPATIONAL EXPOSURE TO ASBESTOS IN THE CONSTRUCTION INDUSTRY, 59, FED. REG. 40964, PUBLISHED ON AUGUST 10, 1994

| 08/29/94 | 08/29/94 | 09/01/94 |
|---|---|---|
| PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION RECEIVED FROM The Occupational Safety and Health Administration involving 4 petitions pending in 2 circuits as follows: two in the D.C. Circuit and two in the 5th Circuit -- Standard Governing Occupational Exposure to Asbestos, 59 Fed. Reg. 40964 | CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD consolidating 4 appeals that were pending in 2 circuits - the Court of Appeals for the 5th circuit was DESIGNATED. Random Selector, Laura Gorman, Deputy Clerk and witness Regina Hale, Work Leader Deputy Clerk (rh) | PROOF OF SERVICE FOR THE CONSOLIDATION ORDER FILED ON 8/29/94 Received from The Occupational Safety and Health Administration - w/cert. of service (rh) |

RELATED ACTIONS

    DC-94-1576        American Federation of State, Cournty & Municipal Workers, AFL-CIO v. Reich

Key: √ Signifies Proof Of Service Filed By Agency